OPINION — AG — **** SHERIFF — CONSANGUINITY LAWS **** A SHERIFF IS PROHIBITED BY 21 O.S. 1961 481 [21-481] FROM APPOINTING HIS SON AS A DEPUTY SHERIFF EVEN THOUGH SUCH DEPUTY SHERIFF WILL BE PAID FROM FUNDS DERIVED FROM A GRANT TO THE SHERIFF OF FEDERAL FUNDS THROUGH THE KIAMICHI ECONOMIC DEVELOPMENT DISTRICT. CITE: 21 O.S. 1961 481 [21-481], 21 O.S. 1961 482 [21-482], 21 O.S. 1961 481 [21-481], 21 O.S. 1961 545 [21-545] (MARVIN C. EMERSON)==
SEE OPINION NO. 88-595 (1988) ==